UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 09-00136-CJC(MLGx)            Date: April 27, 2010

Title: FEDERAL DEPOSIT INSURANCE CORP. V. AMERIFUND FINANCIAL ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE FDIC'S CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

       In its motion to substitute, LNV represented that the FDIC retained an interest in this litigation with respect to a secondary loan executed by Ms. Martin. The FDIC has not taken any action since removing this case over a year ago. Accordingly, the Court orders the FDIC to show cause why the FDIC's claims should not be dismissed for failure to prosecute. The FDIC shall file a response to the Court's order to show cause by May 9, 2010. Any reply papers shall be filed on or before May 23, 2010. The matter will stand submitted upon receipt of all papers.

jhp

MINUTES FORM 11
CIVIL-GEN                                                                            Initials of Deputy Clerk MU