1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FRANKLIN BANK, S.S.B., and LNV CORPORATION, | Case No.: SACV 09-00136-CJC(RNBx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| AMERIFUND FINANCIAL, INC., DBA ALL FUND MORTGAGE, CHRISTOPHER E. DUNN, SUSAN M. DUNN, AND CARLILE INVESTMENTS, | |
| Defendants. | |

1  Judgment is entered jointly and severally against Defendants Christopher E. Dunn
2  and Susan M. Dunn and in favor of Plaintiff LNV Corporation in the amount of
3  $302,204.09.  Plaintiff shall also recover its costs.

6  DATED:   June 7, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE