1    Kirsten A. Worley, Bar No. 222513
Email: kworley@wthf.com
2    Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
3    Irvine, CA 92614
Telephone: 949-852-6700
4    Facsimile: 949-261-0771

5    Attorneys for Plaintiff
LNV Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Franklin Bank, S.S.B., <br><br> Plaintiff, <br><br> v. <br><br> AMERIFUND FINANCIAL, INC., aka ALL FUND, INC. dba ALL FUND MORTGAGE, a Washington corporation; CHRISTOPHER E. DUNN, an individual; SUSAN M. DUNN, an individual; CARLILE INVESTMENTS, a California corporation, aka CARLILE INVESTMENT GROUP; and DOES 1-10 inclusive, <br><br> Defendants. | Case No. 8:09-cv-00136-CJC (MLGx) <br><br> **AMENDED JUDGMENT** |

WHEREAS, Judgment was entered on June 7, 2010 [Dkt. 22] in the amount of $302,204.09 in favor of Plaintiff LNV Corporation against Defendants Christopher E. Dunn and Susan M. Dunn; and

WHEREAS, as set forth in the Court's Civil Minutes order dated July 14, 2010 [Dkt. 28], the Court entered an award of attorneys' fees and costs in favor of LNV Corporation in the amount of $12,785.

1  NOW, THEREFORE, IT IS ORDERED AS FOLLOWS:

2  JUGDMENT is hereby entered in favor of Plaintiff LNV Corporation in the
3  amount of Three Hundred Fourteen Thousand, Nine Hundred Eighty-Nine Dollars
4  and Nine Cents ($314,989.09) against Defendants Christopher E. Dunn and Susan
5  M. Dunn. Interest shall accrue based upon the Federal Rate pursuant to 28 U.S.C.
6  § 1961.

8  IT IS SO ORDERED.

13  Dated: August 26, 2013

_____
Judge Cormac J. Carney
UNITED STATES DISTRICT JUDGE